RECEIVED
AUG - 8 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| VIDALIA DOCK & STORAGE COMPANY, INC. | CIVIL ACTION NO. 04-1177 |
| VERSUS | JUDGE DOHERTY |
| DONALD ENGINE SERVICE, INC., LAKE CHARLES DIESEL, INC., AND VOLVO PENTA OF THE AMERICAS, INC | MAGISTRATE JUDGE METHVIN |

## ORDER

Considering the Memorandum Ruling dated August _____, 2008,

IT IS HEREBY ORDERED that the Rule 59(e) Motion to Alter or Amend Judgment filed by S. Ault Hootsell, III and Phelps Dunbar, LLP [Doc. 134] is GRANTED, and the awards of Rule 11 sanctions against S. Ault Hootsell, III and Phelps Dunbar, LLP are VACATED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _____ day of August, 2008.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE